THE STATE EX REL. THOMPSON, APPELLEE, *v.* INDUSTRIAL COMMISSION
OF OHIO; GLIDDEN COMPANY, APPELLANT.

[Cite as *State ex rel. Thompson v. Indus.
Comm.* (1998), 83 Ohio St.3d 210.]

(No. 97–169—Submitted July 15, 1998—Decided September 23, 1998.)

*Pencheff & Fraley Co., L.P.A.,* and *Mark Heinzerling,* for appellee.
*Greiner, Carolin & Spector* and *Thomas M. Carolin,* for appellant.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

LUNDBERG STRATTON, J., dissents.

---

MOYER, C.J., dissenting. I respectfully dissent from the majority decision. I would reverse the judgment of the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.

---

LUNDBERG STRATTON, J., dissenting. I dissent and would deny the writ, and return the matter to the Industrial Commission for reconsideration.